# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **EVA BLAIR CRITTENDEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.** |
| ) | **3:19-cv-02012-LCB** |
| ) | |
| **LISTERHILL CU SERVICES INC** ) | |
| **and LISTERHILL CREDIT UNION,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff, Eva Blair Crittenden ("Plaintiff"), and Defendants, Listerhill CU Services Inc and Listerhill Credit Union ("Defendants"), by and through her and their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) *Fed. R. Civ. P.*, hereby file this Joint Stipulation of Dismissal of this action with prejudice and states as grounds:

1. Plaintiff and Defendants have resolved this matter;

2. There is no compelling reason for the case to continue in the parties' view.

**WHEREFORE**, premises considered, the parties hereby file this Joint Stipulation of Dismissal of this action with prejudice. Each party shall bear their own costs.

Respectfully Submitted, this the 28th day of July 2020.

*/s/ Cassie E. Taylor*
**Cassie E. Taylor**
ASB-8297-N67R
ADA Group LLC
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36106
Telephone: 334-819-4030
Facsimile: 334-819-4032
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*

*/s/ James N. Nolan (with express permission)*
**James N. Nolan**
Two Chase Corporate Drive
Suite 120
Birmingham, Alabama 35244
Telephone: 205-252-9321
Facsimile: 205-323-7674
Email: jnolan@constangy.com
*Counsel for Defendants*